| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | OCT 5 2022 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| JOY EASTWOOD, On Behalf of Minor M.E., individually and on behalf of a class of others similarly situated, | No.   21-35331<br><br>D.C. No. 3:18-cv-00293-YY<br>District of Oregon,<br>Portland |
| Plaintiff-Appellant, | |
| v. | ORDER |
| YAMHILL COUNTY; et al., | |
| Defendants-third-party-plaintiffs-Appellees, | |
| v. | |
| CORRECT CARE SOLUTIONS, LLC, | |
| Third-party-defendant-Appellee. | |

The court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and record and the decisional process would not be significantly aided by oral argument. This case shall be submitted on the briefs and record, without oral argument, on October 20, 2022, in Portland, Oregon. *See* Fed. R. App. P. 34(a)(2)(C).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Allison Fung
Deputy Clerk
Ninth Circuit Rule 27-7